UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  THE MATTER OF LA CARRIERS, LLC, AS OWNER AND OPERATOR OF THE M/V SIDNEY BLAIR, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE JUDGE:<br><br>ADMIRALTY - Rule 9(h) |

### *EX PARTE* MOTION FOR TEMPORARY DISPENSATION OF REQUIREMENT TO POST SECURITY

**NOW COMES** Limitation Petitioner, LA Carriers, LLC, as owner and operator of the M/V SIDNEY BLAIR, her engines, tackle, gear, furniture, appurtenances, etc. (hereinafter "the Vessel"), who respectfully requests that the Court issue an Order approving a temporary thirty (30) day dispensation of the requirement to post security.

Pursuant to the Limitation of Liability Act ("Limitation Act") and Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims, a vessel owner must file a complaint in federal court within six months of notice of a claim subject to limitation. *See* 46 U.S.C. § 30511. Thereafter, the vessel owner shall deposit proper security with the court for the benefit of all claimants in an amount equal to the value of the owner's interest in the vessel and freight then pending. *Id*. Nonetheless, it is not a jurisdictional prerequisite to claim the benefits of the Limitation Act that security be posted *simultaneously* with the complaint or within six months of notice of a claim. *Guey v. Gulf Insurance Co.*, 46 F.3d 478, 481 (5th Cir. 1995) ("It is clear that neither Rule F nor [the Limitation Act] by their express terms mandate simultaneous filing of the complaint and posting of the security.").

1

Limitation Petitioner has filed a Complaint seeking exoneration and/or limitation of liability for an incident occurring on May 1, 2023, which is more fully described in the Complaint.[1] Limitation Petitioner seeks to preserve its right to limit its liability by filing within the six month deadline from written notice. Limitation Petitioner is currently in the process of obtaining security and/or a bond and will deposit the proper security with the Court within thirty (30) days of the filing of its Limitation Complaint. As such, Limitation Petitioner hereby respectfully requests a temporary thirty (30) day dispensation of the requirement to post security. Once the security is posted, the limitation action may proceed in the typical fashion with the issuance of an injunction and concursus of claims and notice to claimants.

**WHEREFORE**, Limitation Petitioner LA Carriers, LLC respectfully requests that this Honorable Court grant it a temporary thirty (30) day dispensation within which to deposit proper security in connection with its limitation action.

This 7th day of November 2023.

        Respectfully submitted,

        */s/ Jefferson R. Tillery*
        JEFFERSON R. TILLERY (La. Bar No. 17831)
        AUSTIN S. GLASCOE (La. Bar No. 38236)
        JONES WALKER, LLP
        201 St. Charles Avenue - 48th Floor
        New Orleans, Louisiana 70170-5100
        Telephone:   (504) 582-8238
        Facsimile:    (504) 589-8238
        E-Mail:       jtillery@joneswalker.com
                           aglascoe@joneswalker.com

        ***Attorneys for Limitation Petitioner, LA Carriers, LLC***

---

[1] R. Doc. 1.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2023, a copy of the foregoing has this date been served on all counsel of record in this proceeding via the CM/ECF system, which will send a notice of electronic filing to all counsel record.

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY